UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SEP 30 2026 PM2:38

UNITED STATES OF AMERICA

v. CASE NO. 8:26-cr-319-KKM-LSG

ANDREA CATANESE

18 U.S.C. § 611(a)
(Voting by Aliens)

18 U.S.C. § 1425(a)
(Procurement of Citizenship or Naturalization Unlawfully)

18 U.S.C. § 1015(a)
(False Statements Relating to Naturalization or Citizenship)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Voting by Aliens)**

On or about November 5, 2024, in the Middle District of Florida, the defendant,

ANDREA CATANESE,

an alien of the United States, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives.

In violation of 18 U.S.C. § 611(a).

**COUNT TWO**
**(Procurement of Citizenship or Naturalization Unlawfully)**

On or about January 22, 2025, in the Middle District of Florida, the defendant,

ANDREA CATANESE,

did knowingly procure and attempted to procure, contrary to law, the naturalization of a person, namely, himself, by way of false statements, in that he knowingly made materially false statements in an Application for Naturalization (Form N-400) signed under penalty of perjury, wherein defendant falsely represented that he had never registered to vote or voted in any Federal, state, or local election in the United States and defendant falsely omitted that he had previously been charged with the crime of Dealing in Stolen Property in Pinellas County, Florida.

In violation of 18 U.S.C. § 1425(a).

**COUNT THREE**
**(False Statements Relating to Naturalization or Citizenship)**

On or about November 17, 2025, in the Middle District of Florida, the defendant,

ANDREA CATANESE,

did knowingly make a false statement under oath, in any case, proceeding, or matter relating to, or under, or by virtue of any law of the United States relating to naturalization, citizenship, or registry of aliens, namely during an interview with an

official of the United States Citizenship and Immigration Services in connection with the defendant's Application for Naturalization (Form N-400).

In violation of 18 U.S.C. § 1015(a).

**FORFEITURE**

The allegations contained in Count Two are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(6).

1. Upon conviction of a violation of 18 U.S.C. § 1425, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(6):

a. Any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense;

b. Any property, real or personal, that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense; and

c. Any property that is used to facilitate, or is intended to be used to facilitate, the commission of the offense.

2. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1).

A TRUE BILL,

____________________
Foreperson

GREGORY W. KEHOE
United States Attorney

By: ____________________
Mark E. Andreu
Assistant United States Attorney

By: ____________________
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Racketeering

FORM OBD-34
September 26

No. 8:26-cr-319-KKM-LSG

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ANDREA CATANESE

INDICTMENT

Violations: 18 U.S.C. § 611(a), 18 U.S.C. § 1425(a), and
18 U.S.C. § 1015(a)

A true bill

Foreperson

Filed in open court this 30th day

of September, 2026.

Octavia Jamegan

Clerk

Octavia Jamegan

Bail $____________