UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:26-cr-319-KKM-LSG

ANDREA CATANESE

**NOTICE OF CORPORATE VICTIMS**

I hereby disclose the following information pursuant to this Court's Order (Doc. 15): I am not aware of any corporate victim, corporate interested party, or legal entity that holds "any interest in a corporate victim's or interested party's shares or stock."

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Mark E. Andreu*

Mark E. Andreu
Assistant United States Attorney
Florida Bar No. 85703
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Mark.Andreu@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Counsel of Record

By: *\/s/ Mark E. Andreu*

Mark E. Andreu
Assistant United States Attorney
Florida Bar No. 85703
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Mark.Andreu@usdoj.gov