**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No. 8:26-CR-319-KKM-LSG**

**ANDREA CATANESE.**
________________________________________ /

**UNOPPOSED MOTION TO CONTINUE TRIAL TERM AND TO EXTEND PRETRIAL MOTION DEADLINE**

Mr. Andrea Catanese, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue November 2026 trial term by ninety (90) days, and to extend the pretrial motion deadline by sixty (60) days. The government is not opposed to this request. As grounds in support thereof, Mr. Catanese states:

1. Mr. Catanese is charged via a three count Indictment with Voting by Aliens, Procurement of Citizenship or Naturalization Unlawfully, and False Statements Relating to Naturalization or Citizenship, in violation of 18 U.S.C. § 611(a), 18 U.S.C. § 1425(a) and 18 U.S.C. § 1015(a). Doc. 1.

2. Mr. Catanese had his initial appearance and arraignment on October 2, 2026, before Honorable Judge Gregory D. Pizzo, whereafter he was released on bond. Doc. 11.

3. A pretrial discovery notice set this matter for November 2026 trial

term and status conference on October 13, 2026, with pretrial motions deadline to be filed within thirty (30) days after receipt of the United States' Rule 16(a) discovery, and responses to be filed within ten (10) days thereafter subject to the following certification requirement. Doc. 16.

4. This is the first continuance requested in this matter.

5. Defense is seeking a continuance to February 2027 trial term as discovery has not yet been received from the government. Once it is received, undersigned counsel will require additional time to review the material with Mr. Catanese and to negotiate with the government. Further, in order to determine whether pretrial motions may be needed, defense requests an extension of the pretrial motion deadline by sixty (60) days.

6. Undersigned counsel has personally conferred with Assistant United States Attorney, Mark Andreu, who has advised that the government does not oppose the relief sought in this motion.

7. Mr. Catanese is in agreement with this motion and waives his speedy trial through January 31, 2027.

**MEMORANDUM OF LAW**

Local Rule 3.08 states that a party must timely move for a continuance and explain the reason a continuance is justified and the effort to resolve any scheduling conflict. Mr. Catanese argues that this motion

satisfies the criteria of the local rule. This request is made in good faith, in the interest of justice, and not to unnecessarily delay the proceedings.

WHEREFORE, the Defendant, Mr. Andrea Catanese, respectfully requests this Honorable Court to make a proper finding that the ends of justice served by a continuance outweigh the best interests of the public and Mr. Catanese in a speedy trial and enter an Order continuing the trial term to the February 2027 trial term and extend pretrial motions deadline.

DATED this 8th day of October 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Julia Seifer-Smith*
Julia Seifer-Smith,
Assistant Federal Public Defender
Florida Bar No. 86567
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: julia_seifer-smith@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of October 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Mark Andreu, AUSA

*/s/ Julia Seifer-Smith*
Julia Seifer- Smith
Assistant Federal Public Defender